**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Brianna R. Howard (SBN 31462)
howardbr@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendant Talkiatry Management Services, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALKIATRY MANAGEMENT SERVICES, LLC<br><br>Defendant. | CASE NO. 5:25-cv-00781<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S PUTATIVE CLASS ACTION COMPLAINT (Dkt. 11)**<br><br>[*[Proposed] Order Filed Concurrently Herewith*]<br><br>Complaint Served:   April 7, 2025<br>Motion to Dismiss Filed:   May 28, 2025<br>Hearing:   September 12, 2025 |

1

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS

**JOINT STIPULATION**

Defendant Talkiatry Management Services, LLC ("Talkiatry") and Plaintiff Jane Doe ("Plaintiff"), by and through their attorneys, hereby stipulate to modify the briefing schedule for Talkiatry's anticipated motion to dismiss Plaintiff's putative class action complaint (the "Complaint"). In support of this Stipulation, the Parties state as follows:

WHEREAS, on March 27, 2025, Plaintiff initiated this putative class action (Dkt. 1);

WHEREAS, Defendant's current deadline to respond to Plaintiff's Class Action Complaint ("Complaint") is currently May 28, 2025;

WHEREAS, Defendant has filed a motion to dismiss Plaintiff's Complaint (Dkt. 11) (the "Motion");

WHEREAS, the Parties have agreed to extend the deadlines to file their opposition to and reply in support of the Motion; and

WHEREAS, the Parties agree that the requested briefing schedule will not prejudice either party or result in undue delay, and it will be in the interests of judicial economy.  Thus, the Parties respectfully submit that good cause supports these extensions due to the number of issues to be addressed in the Motion.

NOW THEREFORE, the Parties agree, subject to the Court's approval, to the following briefing schedule for the Motion:

| | |
|---|---|
| **Opposition:** | **July 25, 2025** |
| **Reply:** | **August 25, 2025** |
| **Hearing:** | **September 12, 2025, or as soon thereafter as convenient for the Court.** |

IT IS SO STIPULATED.

DATED: June 2, 2025  Respectfully submitted,

**SWIGART LAW GROUP, APC**  **BALLARD SPAHR LLP**
**BEN TRAVIS LAW, APC**

BY: */s/ Joshua B. Swigart*  BY:  */s/ Brianna R. Howard*
      Joshua B. Swigart        Scott S. Humphreys
      Ben Travis        Brianna R. Howard

*Attorneys for Plaintiff Jane Doe*  *Attorneys for Defendant Talkiatry Management Services, LLC*

I, Brianna R. Howard, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that Talkiatry Management Services LLC, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

DATED: June 2, 2025

Respectfully submitted,

**BALLARD SPAHR LLP**

BY: */s/ Brianna R. Howard*
    Scott S. Humphreys
    Brianna R. Howard

*Attorneys for Defendant Talkiatry Management Services, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2025, I electronically filed a true and correct copy of the foregoing **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS (Dkt. 11)** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Joshua B. Swigart
Josh@swigartlawgroup.com
**Swigart Law Group, APC**
2221 Camino del Rio S, Ste. 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Ben Travis
ben@bentravislaw.com
**Ben Travis Law, APC**
4660 La Jolla Village Drive, Suite 100
San Diego CA 92122
P: 619-353-7966

**BALLARD SPAHR LLP**

BY:  */s/ Brianna R. Howard*
     Scott S. Humphreys
     Brianna R. Howard

*Attorneys for Defendant Talkiatry Management Services, LLC*