# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TALKIATRY MANAGEMENT SERVICES, LLC<br><br>Defendant. | CASE NO. 5:25-cv-00781-SSS-DTBx<br><br>**ORDER DENYING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S PUTATIVE CLASS ACTION COMPLAINT (Dkt. 16)** |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Stipulation to Modify the Briefing Schedule for Defendant's Motion to Dismiss Plaintiff's Putative Class Action Complaint (Dkt. 11). Good cause being shown, the Court HEREBY GRANT ORDERS that the Parties' briefing schedule for Defendant's Motion to Dismiss shall be as follows:

| | |
|---|---|
| **Opposition:** | July 25, 2025 |
| **Reply:** | August 25, 2025 |
| **Hearing:** | September 12, 2025, or as soon thereafter as convenient for the Court. |

IT IS SO ORDERED.

Dated: June 4, 2025

**DENIED**
BY ORDER OF THE COURT
_____
SUNSHINE S. SYKES
United States District Judge

The Court hereby **DENIES** the parties' stipulation, without prejudice, for failure to show good cause and failure to explain why the extension is needed.

**IT IS SO ORDERED**.