Joshua B. Swigart (SBN 225557)
*Josh@SwigartLawGroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Ben Travis (SBN 305641)
ben@bentravislaw.com
Ben Travis Law, APC
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Phone: (619) 353-7966

*Attorneys for Plaintiff*
*and The Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE, individually and on behalf of others similarly situated,

Plaintiff,

vs.

TALKIATRY MANAGEMENT SERVICES, LLC,

Defendant.

Case No: 5:25-CV-00781-SSS-DTB

**NOTICE OF SETTLEMENT**

Judge: Hon. Sunshine S. Sykes

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Plaintiff Jane Doe ("Plaintiff") hereby notifies the Court that the parties in the above referenced case have reached a settlement in principle resolving all claims in this action on an individual basis.

The parties have signed a written settlement agreement. Accordingly, Plaintiff respectfully requests that the Court vacate any pending deadlines and hearings and allow the parties 45 days to file a dismissal upon finalization of the individual settlement.

Respectfully submitted,

Date: October 7, 2026 By: *s/ Ben Travis*

Ben Travis, Esq.
Ben Travis Law, APC
Ben@bentravislaw.com
Attorney for Plaintiff