Joshua B. Swigart (SBN 225557)
*Josh@SwigartLawGroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Ben Travis (SBN 305641)
ben@bentravislaw.com
**Ben Travis Law, APC**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Phone: (619) 353-7966

*Attorneys for Plaintiff and The Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TALKIATRY MANAGEMENT SERVICES, LLC,<br><br>Defendant. | Case No: 5:25-CV-00781-SSS-DTB<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sunshine S. Sykes |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Jane Doe ("Plaintiff") and Defendant Talkiatry Management Services, LLC ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of the above-captioned action as follows:

1. Plaintiff's individual claims against Defendant are hereby DISMISSED **WITH PREJUDICE**; and

2. The claims of the putative class are hereby DISMISSED **WITHOUT PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: November 19, 2026

**BEN TRAVIS LAW, APC**

By: /s/ Ben Travis
Ben Travis

Dated: November 19, 2026

**SWIGART LAW GROUP, APC**

By: /s/ Joshua Swigart
Joshua B. Swigart

*Attorneys for Plaintiff Jane Doe*
*and the Putative Class*

Dated: November 19, 2026

**BALLARD SPAHR LLP**

By: /s/ J. Matthew Thornton
J. Matthew Thornton (pro hac vice)
Gregory P. Szewczyk (pro hac vice)
Alexia C. Chapman (pro hac vice)
Scott Humphreys
Brianna R. Howard

*Attorneys for Defendant*
*Talkiatry Management Services, LLC*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 19, 2026

/s/ Ben Travis
Ben Travis